JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEID FERDOWS,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 8:17-cv-01116-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: October 10, 2018

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE